## LOVETT v. THE STATE.

FISH, C. J. There was no complaint that any error of law was committed by the court during the trial; the evidence authorized the verdict, and the judge did not err in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concur.*

Submitted February 17,—Decided March 25, 1908.

Indictment for murder. Before Judge Reagan. Henry superior court. December 11, 1907.

*H. A. Peebles* and *E. M. Smith,* for plaintiff in error.

*John C. Hart, attorney-general,* and *O. H. B. Bloodworth, solicitor-general,* contra.

## DRANE v. THE STATE.

EVANS, P. J. 1. This court will not reverse a judgment refusing a new trial on the ground of newly discovered evidence, where such evidence is only cumulative and impeaching, and of such character that it would not constrain a different verdict.

2. The evidence was sufficient to support the verdict.

*Judgment affirmed. All the Justices concur.*

Argued February 17,—Decided March 25, 1908.

Indictment for murder. Before Judge Martin. Talbot superior court. December 21, 1907.

*McGehee & McGehee,* for plaintiff in error. *John C. Hart, attorney-general,* and *S. P. Gilbert, solicitor-general,* contra.

## DAWSON v. THE STATE.

LUMPKIN, J. 1. There was no question of manslaughter involved in this case, and there was no error in not charging on that subject.

2. The verdict was supported by the evidence.

*Judgment affirmed. All the Justices concur.*

Submitted February 29,—Decided March 25, 1908.

Indictment for murder. Before Judge Worrill. Mitchell superior court. October 5, 1907.

*Jesse W. Walters,* for plaintiff in error. *John C. Hart, attorney-general,* and *William E. Wooten, solicitor-general,* contra.